**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NICHOLAS SEIBEL, individually and on
behalf of all others similarly situated,

                        Plaintiff,

      -against-                                22 **CIVIL** 1483 (ER)

                                          **JUDGMENT**

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
AMERICAN INTERNATIONAL GROUP,
INC. doing business as AIG,

                        Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2023, defendants' motion to dismiss this action is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 13, 2023

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                       **Clerk of Court**

                                **BY:**      *K. Mango*

                                                       _____
                                                        **Deputy Clerk**