**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

March 9, 2023

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Seibel v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA, et al.*, **1:22-cv-01483 (ER)**

Dear Judge Ramos,

   We write on behalf of Defendants to inform the Court that the parties have agreed to the attached Stipulation Regarding Non-Appeal and Bearing of Costs.

Respectfully submitted,

*/s/ Michael B. Carlinsky*

Michael B. Carlinsky

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART