UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nick Seibel, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>National Union Fire Casualty Insurance Company of Pittsburgh, PA and American International Group, Inc, d/b/a AIG,<br><br>Defendants. | Case No.: 22-cv-01483-ER<br><br>**STIPULATION BETWEEN THE PARTIES REGARDING NON-APPEAL AND BEARING OF COSTS** |

Plaintiff Nick Seibel ("Plaintiff") and National Union Fire Casualty Insurance Company of Pittsburgh, PA and American International Group, Inc., d/b/a AIG (collectively, "Defendants"), by and through their respective attorneys, jointly state and stipulate as follows:

WHEREAS, on February 13, 2023, the Court granted Defendants' Motion to Dismiss the Complaint and dismissed Plaintiff's action for the reasons set forth in the Court's Order on Defendants' Motion to Dismiss (ECF No. 39) ("MTD Order");

WHEREAS, on February 13, 2023, the Court entered Judgment in favor of Defendants (ECF No. 40);

IT IS HEREBY STIPULATED, by and between the undersigned parties, that:

1. Plaintiff hereby agrees to waive all rights to appeal the MTD Order and Judgment; and

2. Each of the parties shall bear his or its own attorneys' fees and costs incurred in connection with this action.

IT IS SO STIPULATED.

DATED: March 8, 2023

| ZIMMERMAN REED LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Brian C. Gudmundson* | */s/ Michael B. Carlinsky* |
| Brian C. Gudmundson (Admitted *pro hac vice*) | Michael B. Carlinsky |
| Michael J. Laird (Admitted *pro hac vice*) | Maaren A. Shah |
| Rachel K. Tack (Admitted *pro hac vice*) | Ryan A. Rakower |
| ZIMMERMAN REED LLP | 51 Madison Avenue, 22nd Floor |
| 1100 IDS Center | New York, NY 10010 |
| 80 South 8th Street | Telephone: (212) 849-7000 |
| Minneapolis, MN 55402 | Fax: (212) 849-7100 |
| Telephone: (612) 341-0400 | michaelcarlinsky@quinnemanuel.com |
| brian.gudmundson@zimmreed.com | maarenshah@quinnemanuel.com |
| michael.laird@zimmreed.com | ryanrakower@quinnemanuel.com |
| rachel.tack@zimmreed.com | |
| | **Counsel for Defendants** |
| **Counsel for Plaintiffs** | |

**Additional Counsel Listed Below**
Joseph P. Guglielmo
Carey Alexander
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Tel.: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com

Gary F. Lynch
Jamisen Etzel
Nicholas Colella
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Fl.
Pittsburgh, PA 15222
Tel.: (412) 322-9243
Gary@lcllp.com
Jamisen@lcllp.com
NickC@lcllp.com

**Counsel for Plaintiffs**